**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-60742-CIV-SMITH**

MOHAMED MOHAMED,

Plaintiff,

v.

SOUTH BROWARD HOSPITAL DISTRICT, *ET AL.*,

Defendants.
______________________________________/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation on Joint Motion to Approve Settlement Agreement [DE 42], in which the Magistrate Judge recommends granting the parties' Joint Motion to Approve Settlement Agreement and Joint Stipulation for Dismissal with Prejudice [DE 41]. No objections have been filed. Having reviewed, *de novo*, the Report and Recommendation and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation on Joint Motion to Approve Settlement Agreement [DE 42] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) The parties' Joint Motion to Approve Settlement Agreement and Joint Stipulation for Dismissal with Prejudice [DE 41] is **GRANTED.**

3) This case is **DISMISSED with prejudice.**

4) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 1st day of September, 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: All counsel of record